DOROTHY HARRIS, now DOROTHY HARRIS CLASS, appellant,

*v.*

GUARANTEE TRUST COMPANY, respondent.

[Decided January 10th, 1935.]

*Messrs. McCarter & English,* for the appellant.

*Messrs. Cole & Cole,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *115 N. J. Eq. 602.*

*For affirmance*—PARKER, LLOYD, CASE, DONGES, PERSKIE, KAYS, HETFIELD, DEAR, WELLS, JJ. 9.

*For reversal*—THE CHIEF JUSTICE, BODINE, HEHER, VAN BUSKIRK, JJ. 4.